IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW GOMBERG,** | : | **CIVIL ACTION** |
| on behalf of himself and all others | : | |
| similarly situated, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE AND LIBERTY CLOTHING** | : | |
| **COMPANY, LLC,** | : | |
| *Defendant.* | : | **NO. 23-cv-04639** |

# O R D E R

**AND NOW,** this 18th day of March 2024, it having been reported that the issues between the parties in the above action have been settled (counsel letter attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Tamara Grimm |
| **To:** | Chambers of Judge Chad F Kenney; david.glanzberg@gtlawpc.com |
| **Cc:** | Uganda Richardson |
| **Subject:** | RE: 23-cv-04639-CFK Gomberg v. State and Liberty Clothing Company, LLC |
| **Date:** | Monday, March 18, 2024 3:03:18 PM |

**CAUTION - EXTERNAL:**

Good afternoon Ms. MacElderry,

The parties have reached a settlement in this matter. I anticipate counsel for Plaintiff will be filing a Notice advising the Court of the settlement this afternoon.

Thank you,
Tamara


**Tamara S. Grimm**

Partner

1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3300 | DIR 215.461.3306

